FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

2023 JUN 13   PM 12:09

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 8:23 CR 132 |
| vs. | INDICTMENT |
| THOMAS JANES, | 18 U.S.C. § 2252A(a)(5)(B) |
| Defendant. | |

The Grand Jury charges that

## COUNT I

On and before March 9, 2023, in the District of Nebraska, THOMAS JANES, the defendant herein, having previously been convicted for possession of child pornography in violation of Title 18, United States Code, Section 2252A(a)(5)(B) in United States District Court for the District of Nebraska in case 8:18CR241, did knowingly possess any material that contained an image of child pornography, as defined in Title 18 United States Code Section 2256(8), which involved a prepubescent minor, that had been mailed, shipped and transported in interstate and foreign commerce by any means, including by computer, and that was produced using materials that had been mailed, shipped and transported in interstate and foreign commerce by any means, including by computer.

In violation of Title 18, United States Code Section 2252A(a)(5)(B).

A TRUE BILL.

_____
FOREPERSON

The United States of America requests that trial of this case be held in Omaha, Nebraska, pursuant to the rules of this Court.

By: _____ #25275
for LECIA E. WRIGHT, NE #24562
Assistant U.S. Attorney